IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMEL SHULER,<br>    Petitioner | ) | CIVIL ACTION |
| | ) | |
| VS. | ) | NO. 04-4704 |
| | ) | |
| LOUIS FOLINO,<br>    Respondent | ) | |

**PETITIONER'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

NOW COMES, Jermel Shuler pursuant to 28 U.S.C. 636(B) and submits the following Objections to the Magistrate's Report and Recommendation dated March 15, 2005 and received on March 19, 2005.

Petitioner specifically objects to the Recommendation that his Petition for a Writ of Habeas Corpus be DISMISSED as time-barred by the statute of limitations.

The one-year time limit in Section 2244(d)(1) is a statute of limitations and not a jurisdictional bar. **KREUFZER V. BOWERSOX**, 231 F.3d 460, 463 (8th Cir. 2000).

RECEIVED
MAR 3 1 2005
By_____

DV-8750
175 Progress Drive
Waynesburg, Pa. 15370

# CERTIFICATE OF SERVICE

I, Jermel Shuler hereby certify that I am this 28th day of March, 2005 serving the foregoing Objections to Magistrate's Report and Recommendation upon the following persons via first class United States Mail addressed as follows]

Michael E. Kunz
Clerk of Court
Room 2609
United States Courthouse
601 Market Street
Philadelphia, Pa. 19106

Susan Elizabeth Affronti
Assistant District Attorney
1421 Arch Street
Philadelphia, Pa. 19102

*Jermel Shuler*
Jermel Shuler
DV-8750
175 Progress Drive
Waynesburg, Pa. 15370