DPS-293  June 30, 2005
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## No. 05-2471

JERMEL SHULER

v.

LOUIS FOLINO; ET. AL
(E.D. PA. 04-CV-04704)

**FILED**
SEP 2 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Present: ROTH, BARRY and SMITH, CIRCUIT JUDGES

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

MMW/RPC/cmd

_____ O R D E R _____

The foregoing application for a certificate of appealability is **denied**. Petitioner has not demonstrated that jurists of reason would debate the correctness of the District Court's procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner's habeas petition was untimely filed after expiration of the one-year statute of limitations. 28 U.S.C. § 2244(d). Even if a petitioner's actual innocence provides an exception to the limitations period, Petitioner's challenge to the sufficiency of the evidence does not assert nor does it provide new evidence of his factual innocence. See Schlup v. Delo, 513 U.S. 298, 327-28 (1995); United States v. Ramos, 147 F.3d 281, 287 (3d Cir. 1998); Sweger v. Chesney, 294 F.3d 506, 523 (3d Cir. 2002).

By the Court,

/s Jane R. Roth
Circuit Judge

Dated: September 2, 2005
CRG/cc: Mr. Jermel Shuler
Thomas W. Dolgenos, Esq.

A True Copy:

Marcia M. Waldron, Clerk

OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

<u>Eastern</u>  Clerk of District Court
(District)

Date __9/2/05__

<u>**In Re: Shuler v. Folino, et al.**</u>
(Caption)

C.A. Nos. __05-2471__

<u>**Jermel Shuler**</u>
(Appellant)

<u>**Civil Nos. 04-cv-004704**</u>
(D.C. No.)

Enclosures:

_____9/2/05_____ Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

\*___X___ Record **(Rec'd)**

\*_____ Supplemental Record **(First)**

\*_____ Exhibits

\*_____ State Court Record

___X___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

___Chanel R. Graham___ (267)-299-__4955__
Case Manager        Telephone Number

\*_[signature]_ (267)-299-__4912__
Record Processor    Telephone Number

9/19/05

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Record)